**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**IN RE:**

**JAMES RUSSELL LYON II,**

**Case No. 26-mj-000108-WBG**

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

For the above-named individual, who is the subject of an investigation and not having waived counsel, it is

ORDERED Laine Cardarella, Federal Public Defender, and her Assistants, 1000 Walnut, Ste. 600 Kansas City, MO 64106, telephone number (816) 471-8282, are hereby appointed to represent the Defendant, before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

DATE: June 24, 2026

*/s/ W. Brian Gaddy*
W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE